■ ALAN GELLER, Appellant, v CORINNA GELLER, Respondent. [795 NYS2d 456]—Appeal by the plaintiff from an order of the Supreme Court, Nassau County (Ross, J.), dated July 28, 2004.

Ordered that the order is affirmed, with costs, for reasons stated by Justice Ross in the Supreme Court. Ritter, J.P., Goldstein, Luciano and Lifson, JJ., concur.

■ FRANK GENNARO et al., Respondents, v ANDREW LOCASCIO et al., Appellants. [795 NYS2d 455]—In an action to recover damages for personal injuries, etc., the defendants appeal from a judgment of the Supreme Court, Richmond County (Maltese, J.), dated December 1, 2003, which, after a nonjury trial, and upon the denial of their motion pursuant to CPLR 4401, made at the close of the plaintiffs' case, for judgment as a matter of law, is in favor of the plaintiffs and against them in the principal sum of $279,445.20.

Ordered that the judgment is affirmed, with costs.

The trial court properly denied the defendants' motion pursuant to CPLR 4401 for judgment as a matter of law. Viewing the evidence in the light most favorable to the plaintiffs, and affording them "every favorable inference which may properly be drawn from the facts presented" (*Szczerbiak v Pilat*, 90 NY2d 553, 556 [1997]; *see Magidenko v Consolidated Edison*, 3 AD3d 553 [2004]; *Ustilovskaya v Cohen*, 304 AD2d 748 [2003]), there was a rational process by which the court could find in the plaintiffs' favor (*see Knee v Trump Vil. Constr. Corp.*, 15 AD3d 545 [2005]; *Grillo v Brooklyn Hosp.*, 280 AD2d 452 [2001]; *Brownell v City of New York*, 277 AD2d 31 [2000]; *Roca v Gerardi*, 243 AD2d 616 [1997]; *Caro v Skyline Terrace Coop.*, 132 AD2d 512 [1987]).

The defendants' remaining contentions are either unpreserved for appellate review (*see Horton v Smith*, 51 NY2d 798 [1980]) or without merit. Cozier, J.P., Ritter, Krausman and Skelos, JJ., concur.